NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TORY R. WILLIAMS,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )      Case No. 2D18-4702
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Tory R. Williams, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, SALARIO, and BADALAMENTI, JJ., Concur.